# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONN JERMAINE BELL

NO. 2025 KW 0261

**MARCH 14, 2025**

---

In Re: State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-07385.

---

**BEFORE: WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED. STAY DENIED.**

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT